# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSETTE FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-23-0646-HE |
| ) | |
| BOARD OF COUNTY ) | |
| COMMISSIONERS FOR STEPHENS ) | |
| COUNTY OKLAHOMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendant Board of County Commissioners for Stephens County's partial motion to dismiss [Doc. #20] is **STRICKEN** as moot. Plaintiff has stipulated [Doc. #24] to the dismissal of the state law claims which the motion targeted.

**IT IS SO ORDERED**.

Dated this 28th day of August, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE