IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSETTE FORD, Administrator for the Estate of MICHAEL FORD, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-23-646-HE |
| BOARD OF COUNTY COMMISSIONERS FOR STEPHENS COUNTY OKLAHOMA; SHERIFF OF STEPHENS COUNTY COUNTY, in his official capacity; WALTER KASSANAVOID, in his individual capacity; | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT SHERIFF'S FINAL EXHIBIT LIST

Pursuant to FRCP 26 and the current Scheduling Order (Doc. 76), Defendant Sheriff of Stephens County, in his official capacity, submit the following Exhibit List:

**Expected to be used:**

| No. | Exhibit |
|---|---|
| 1. | Inmate Jail file for Michael Ford (DDR 6 1-34 ) |
| 2. | Inmate Jail file for Walter Kassanavoid (DDR 5 67-72, DDR 19 1-24) |
| 3. | SCDC Jail Policy and Procedure Manual (DDR 9 1-156) |
| 4. | Jail Floor Plan for SCDC (DDR 25 1; DDR 63 1) |
| 5. | Jail Incident Report by Christian Robertson (INTER DDR 2 1-2, 5) |
| 6. | Jail Incident Report by Jennifer Smiddy (INTER DDR 2 3) |
| 7. | Jail Incident Report by Kyle Hansen (INTER DDR 2 4) |
| 8. | Jail Incident Report by Javier Martinez (INTER DDR 2 6) |
| 9. | Jail Incident Report by Madison Richardson (INTER DDR 2 8) |
| 10. | SCSO Time Sheets (INTER DDR 2 10-34; INTER DDR 18 1-49) |
| 11. | Detention Facility Incident Report to OSDH (INTER DDR 7 1-4) |
| 12. | SCSO Internal Investigative Report (INTER DDR 7 5-19) |
| 13. | Jail Training Files and Videos (DDR 1 1-291) |
| 14. | Jailer Training and Documentation Files (DDR 4 1-26) |
| 15. | Jailers Daily Reports (DDR 5 28; DDR 7 1) |

| | |
|---|---|
| 16. | Turn Key Contract and Renewals (DDR 29 1-17, DDR 60 1-2) |
| 17. | Jail Inmate Daily County Reports (DDR 48 1-7) |
| 18. | Prodigy SMS Communications to/from Michael Ford (DDR 6 64-65) |
| 19. | Prodigy Solutions Phone Records for Michael Ford (DDR 6 58-63) |
| 20. | Letter from U.S. Department of Justice to Stephens County Jail Administrator (DDR 6 67) |
| 21. | Incident Offense Report of Deputy Daniel Picazo No. 21-0552 (DDR 7 3-12) |
| 22. | Incident Offense Report of Deputy Ronald Pruitt No. 21-0367 (DDR 6 74-92) |
| 23. | Incident Offense Report of Deputy Daniel Picazo No. 21-0566 (DDR 6 74-92) |
| 24. | Arrest Warrant for Walter Kassanavoid issued 8-13-21 (DDR 6 66) |
| 25. | Inmate Cell Count (Supp DDR 23, 43-47) |
| 26. | Jail Activity Reports for 8-11-21 (DDR 6 35-45) |
| 27. | Jail Incident Report No. J2021-0981 (DDR 6 94) |
| 28. | Cell Movement Log for Walter Kassanavoid (DDR 7 1) |
| 29. | Personnel File for Heather Wheeler (DDR 3 1-80) |
| 30. | Personnel File for Javier Martinez (DDR 3 81-158) |
| 31. | Personnel File for Jennifer Smiddy (DDR 10 378-454) |
| 32. | Personnel File for Shawn Carroll (DDR10 676-767) |
| 33. | Personnel File for Kyle Hansen (DDR 10 468-944) |
| 34. | Personnel File for Madison Richardson (DDR 10 945-971) |
| 35. | Personnel File for Eva Gray (DDR 10 136-219) |
| 36. | Personnel File for Alexis Sanner (DDR 10 65-135) |
| 37. | Personnel File for Christian Robertson (DDR 10 1-64) |

**May be used:**

| No. | Exhibit |
|---|---|
| 38. | OCME Autopsy Report (DDR 5 3-14) |
| 39. | Video of OE3 Cell (DDR 6) |
| 40. | Video of Booking Desk (DDR 6) |
| 41. | Video from OE Row (DDR 6) |
| 42. | Video of Portillo Video Call (DDR 6) |
| 43. | Video of W. Kassanavoid while in Holding Cell (DDR 6) |
| 44. | SCSO Radio log for 8-12-21 (DDR 5 48-49) |
| 45. | Phone calls from/to Michael Ford from SCSO (DDR 6) |
| 46. | Relevant Phone Calls from/to Booking Desk (DDR 6) |
| 47. | Inmate List Report for August 11, 2021 (DDR 6 46-55) |
| 48. | Jail Incident Report No. J2021-0866 (DDR 6 93) |
| 49. | Department of Health Records for SCDC (DDR 8 1-71) |
| 50. | Personnel File for Kaytie Jones (DDR 10 455-526) |
| 51. | Personnel File for Michael Yokley (DDR 10 604-675) |
| 52. | DVR Purchase Orders DDR 24 (1-53) |

| | |
|---|---|
| 53. | List of Inmates and Medical Notes Audit (DDR 60 3-9) |
| 54. | Interview File of Alexis Sanner (DDR 5) |
| 55. | Interview Files of Jennifer Smiddy (DDR 5) |
| 56. | Interview File of Christian Robertson (DDR 5) |
| 57. | Interview File of Shawn Carroll (DDR 5) |
| 58. | Interview File of Jossette Ford (DDR 5) |

Respectfully submitted,

s/ W.R. Moon Jr.
Stephen L. Geries, OBA No. 19101
W.R. Moon, Jr., OBA No. 32079
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
E-mail:   slg@czwlaw.com
          wrm@czwlaw.com

***ATTORNEYS FOR DEFENDANT SHERIFF OF STEPHENS COUNTY, IN HIS OFFICIAL CAPACITY***

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Charles L. Richardson
Jason C. Messenger
Colton L. Richardson
RICHARDSON RICHARDSON BOUDREAUX
7447 S. Lewis Avenue
Tulsa, OK 74136

J. Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73103

*Attorneys for Plaintiff*

Randall J. Wood
Robert S. Lafferrandre
Jeffrey C. Hendrickson
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106

*Attorneys for Defendant Board of County Commissioners for Stephens County*

s/ W.R. Moon Jr.
W.R. Moon Jr.